# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:06CR165

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JUAN JOSA LOPEZ. ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the court upon Ronald G. Blanchard's oral motion to withdraw as counsel for the defendant. Mr. Blanchard is the partner of Attorney Jason R. Hayes who was allowed to withdraw as the attorney for William Gregory Curtis, who is a co-defendant of the defendant herein, that being Juan Josa Lopez. For the same reasons as set forth in the order entered allowing Jason R. Hayes to withdraw, the oral motion of Ronald G. Blanchard to withdraw is hereby allowed. The court has previously appointed Janna Allison, attorney at law of Waynesville, North Carolina to represent the defendant and the defendant has advised that he is satisfied with the representation of Ms. Allison and as a result, Ms. Allison will continue to represent the defendant in this matter.

## ORDER

IT IS THEREFORE **ORDERED** that the oral motion of Ronald G. Blanchard to withdraw as counsel in this matter is hereby **GRANTED** and that Ronald G. Blanchard is relieved from further representation of the defendant in this matter.

Signed: November 2, 2006

Dennis L. Howell
United States Magistrate Judge